TOM HENSON v. THE STATE.

No. 8875.    Delivered April 29, 1925.

**Robbery—Appellant Dead.**

By affidavit in proper form this court is apprized of the death of appellant and for that reason the appeal is dismissed.

Appeal from the District Court of Potter County. Tried below before the Hon. Henry S. Bishop, Judge.

Appeal from a conviction of robbery; penalty, five years in the penitentiary.

*Wales H. Madden,* of Amarillo, for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the District Court of Potter County of robbery, and his punishment fixed at five years in the penitentiary.

By an affidavit in proper form it is made to appear to this court that since this appeal was filed here the appellant has died. For this reason the appeal will be dismissed, and it is so ordered.

*Dismissed.*